## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDAN BURKE, | : | |
| | : | CIVIL NO.: 3:16-cv00110(VAB) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ROSS UNIVERSITY SCHOOL OF | : | |
| MEDICINE, DEVRY UNIVERSITY, INC., | : | |
| and DEVRY EDUCATION GROUP, INC | : | |
| Defendants. | : | FEBRUARY 17, 2016 |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, counsel for the Plaintiff, upon prior discussions with Plaintiff and a representative of Defendants, hereby files this Notice of Dismissal.  Plaintiff agrees that his claims may be voluntarily dismissed by the Court.  The parties will bear their own legal fees and costs associated with this action.

                                                                      THE PLAINTIFF,

                                   By _____ _/s/ ct18688_____
                                           Francis D. Burke-ct18688
                                           MANGINES & BURKE, LLC
                                           41 North Main Street, Suite 204
                                           West Hartford, CT 06107
                                           Tel. (860) 233-1000
                                           Fax: (860) 523-9235
                                           fburke@aol.com

## CERTIFICATION

     I hereby certify that on February 17, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

                                /s/  ct18688  
                                Francis D. Burke